## MANRY *v.* STEPHENS.

GRICE, Justice. Where the sole assignment of error relates to the refusal to grant a new trial in a case wherein the petition of the plaintiff sought only to enjoin a sale, and when on the call of the case for argument in this court it is made to appear, without contradiction,

that the sale has taken place, the restraining order theretofore passed having been revoked before the sale, and no supersedeas granted, the only question involved has become moot. *Samuels* v. *Lanford,* 149 *Ga.* 167 (99 S. E. 532).

> *Writ of error dismissed. All the Justices concur.*

No. 12996.  September 13, 1939.  Rehearing denied October 13, 1939.

*J. R. Terrell* and *B. H. Manry,* for plaintiff.
*Willingham & Willingham,* for defendant.